CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Elliott Montgomery, Esq., SBN 274951
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
elliottm@potterhandy.com
Attorneys for Plaintiff

Michael L. Yeung
LAW OFFICES OF MICHAEL L. YEUNG, PC
2709 W. Valley Blvd.
Alhambra, CA 91803
Telephone: (626)500-0338
Facsimile: (626)500-0339
Attorneys for Defendants
Great Wall International Investment, Inc.

Bot V. Nguyen, IN PRO PER
dba Quynh Nhu Café
9611 Garvey Ave.
South El Monte, CA 91733
Tel: 626-329-3105

Defendant IN PRO PER

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>      Plaintiff,<br><br>  v.<br><br>GREAT WALL INTERNATIONAL INVESTMENT, INC., a California Corporation;<br>BOT V. NGUYEN; and Does 1-10,<br><br>      Defendants. | Case: 2:18-CV-03409-R-SS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

1
2  ## STIPULATION
3
4
5       Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and
6  between the parties hereto that this action may be dismissed with prejudice
7  as to all parties; each party to bear his/her/its own attorneys' fees and costs.
8  This stipulation is made as the matter has been resolved to the satisfaction of
9  all parties.
10
11
12  Dated:November 19, 2018          CENTER FOR DISABILITY ACCESS
13
14                                  By: /s/ Phyl Grace
15                                      Phyl Grace
                                        Attorneys for Plaintiff
16  Dated: 11/9/18
                                    LAW OFFICES OF MICHAEL L. YEUNG,
17                                  PC
18                                  By:
19                                      Michael L. Yeung
                                        Attorneys for Defendants
20                                      Great Wall International Investment,
                                        Inc.
21
22  Dated:
23
24                                  By:
                                        Bot V. Nguyen
25                                      Defendant In Pro Per
26
27
28                                        2

Dated: 11/9/18

By: _____

Bot V. Nguyen
Defendant In Pro Per

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Michael L. Yeung, counsel for Great Wall International Investment, Inc and Defendant Bot V. Nguyen that I have obtained Mr. Yeung's and Mr. Nguyen authorization to affix their electronic signature to this document.

Dated:                    CENTER FOR DISABILITY ACCESS

By: _____

Phyl Grace
Attorneys for Plaintiff